**RIVER'S EDGE FUNERAL CHAPEL AND CREMATORY, INC.**

v.

**The ZONING HEARING BOARD OF TULLYTOWN BOROUGH and the Borough of Tullytown**

Petition of: the Borough of Tullytown

**No. 891 MAL 2016**

Supreme Court of Pennsylvania.

May 15, 2017

## ORDER

PER CURIAM

AND NOW, this 15th day of May, 2017, the Petition for Allowance of Appeal is **DENIED**.

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Dennis FULTON, Petitioner**

**No. 16 EAL 2017**

Supreme Court of Pennsylvania.

May 15, 2017

## ORDER

PER CURIAM

AND NOW, this 15th day of May, 2017, the Petition for Allowance of Appeal is **DENIED**.